**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AN QUOC NGUYEN, | : | Civil No. 1:26-CV-01964 |
| Petitioner, | : | |
| v. | : | |
| JESSICA SAGE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is a petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by An Quoc Nguyen. (Doc. 1.) Because Petitioner has been removed from the United States, the court finds that his petition is moot and will be dismissed.

On July 14, 2026, Petitioner filed this petition for writ of habeas corpus against Jessica Sage, Warden of FCI Lewisburg ("Respondent"). (Doc. 1.) He argues that his continued detention violates his due process rights. (*Id.*) Respondent filed a response on August 5, 2026, and Petitioner did not file a traverse. (Doc. 6.) On October 15, 2026, the court requested an update from Respondent on Petitioner's status as Respondent previously advised that Petitioner was likely to be removed to Vietnam in the reasonably foreseeable future. (Doc. 7.) The next day, Respondent advised the court that Petitioner was removed from

the United States on September 9, 2026. (Doc. 8, p. 1; Doc. 8-1.)[1] Respondent submits that the petition is now moot and should be dismissed. (Doc. 8, pp. 1–2.)

Generally, a petition for habeas corpus becomes moot when the petitioner is released from custody before the petition has been addressed on the merits. *DeFoy v. McCullough*, 393 F.3d 439, 441 (2005) (citing *Lane v. Williams*, 455 U.S. 624, 631 (1982)). This is so because for a case or controversy to exist, the petitioner "must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Id.* (quoting *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990)). Here, even if Petitioner was successful on the merits of his petition, there is no action to be redressed by this court since Petitioner was removed, and he is no longer detained in the United States. For this reason, the petition is moot and will be dismissed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: October 19, 2026

[1] For ease of reference, the court uses the page numbers from the CM/ECF header.