**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AN QUOC NGUYEN, | : | Civil No. 1:26-CV-01964 |
| Petitioner, | : | |
| v. | : | |
| JESSICA SAGE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, this 19th day of October, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **DISMISSED** because it is moot.

2) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania